

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————

No. 02-19-00100-CV

———————————

HOMECARE DIMENSIONS, INC., Appellant

V.

HAROLD COLLINS, INDIVIDUALLY AND AS THE REPRESENTATIVE OF THE
ESTATE OF FRANCES WILSON, Appellee

On Appeal from the 48th District Court
Tarrant County, Texas
Trial Court No. 048-298745-18

Before Sudderth, C.J.; Gabriel and Kerr, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

We have considered "Appellant's Motion to Dismiss Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: July 11, 2019